UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 26cr10226 |
| v. | Violations: |
| MARIOS MICHALAKIS, | <u>Counts One – Six</u>: Failure To Collect and Pay Over Taxes (26 U.S.C. § 7202) |
| Defendant | |

## INFORMATION

At all times relevant to this Information:

### General Allegations

1. Defendant MARIOS MICHALAKIS lived in Westwood, Massachusetts.

2. MICHALAKIS operated and was a part owner of two restaurants: Amelia's, located in Stoughton, Massachusetts, and Sofia Italian Steakhouse, located in West Roxbury, Massachusetts ("the Restaurants").

3. MICHALAKIS operated Amelia's under the business name A and M Restaurant, Inc. ("A&M"), for which MICHALAKIS maintained an operating account at Mountain One Bank ("the A&M Account").

4. MICHALAKIS operated Sofia Italian Restaurant under the business name H and M Restaurant, Inc. ("H&M"), for which MICHALAKIS maintained an operating account at Mountain One Bank ("the H&M Account").

### Federal Employment Tax Requirements

5. The Internal Revenue Service ("IRS") was a United States government agency responsible for the assessment and collection of taxes.

6. Federal tax laws required employers, including A&M and H&M, to report all wages paid to employees and all federal employment taxes on those wages on Forms 941, the Employer's Quarterly Federal Tax Return. Employers were also required to file Forms 941 with the IRS and to pay over applicable federal employment taxes four times per year, within one month after each quarter ending March 31; June 30; September 30; and December 31.

7. Federal employment taxes consisted of two parts: (a) income taxes withheld from employee wages and (b) Federal Insurance Contributions Act ("FICA") taxes. FICA taxes consisted of Social Security taxes and Medicare taxes. For any given employee, employers withheld one half of the applicable FICA taxes from employees' wages and paid the other half. Federal tax law required employers to account for, collect, and pay over to the IRS both the withheld taxes (*i.e.*, the employee's income tax withholdings and one-half of the FICA taxes) and the taxes the employer itself owed (*i.e.*, the employer portion of the FICA taxes).

8. A&M and H&M were also required to provide employees a Form W-2 (Wage and Tax Statement) that the employees could include with their individual income tax returns, so that the employees could report to the IRS all the wages they received and the taxes withheld from those wages.

MICHALAKIS' Failure to Collect and Pay Employment Taxes

9. MICHALAKIS, among other responsibilities, oversaw the Restaurants' operations; appointed management and office personnel; caused wages to be paid to employees; supervised bookkeeping, payroll and tax preparation; controlled receipts, bank deposits and expenditures; and directed the reporting of employee wages and employment taxes to federal and state tax authorities.

10. As the operator and an owner of the restaurants, MICHALAKIS was responsible for both reporting to the IRS all of the wages A&M and H&M paid to employees and for collecting and paying over to the IRS the applicable federal employment taxes.

11. Between on or about January 1, 2016 and on or about December 31, 2022, MICHALAKIS paid the Restaurants' employees through a combination of checks and cash. MICHALAKIS failed to withhold employment taxes from the cash wages and failed to report and pay over those taxes to the IRS.

12. During that same period, MICHALAKIS caused his payroll provider to file false quarterly Forms 941 with the IRS on behalf of A&M and H&M. The forms were false because MICHALAKIS failed to disclose to the provider and to the IRS the cash wages he paid to the Restaurants' employees. MICHALAKIS similarly failed to provide the Restaurants' employees with Forms W-2 to report their cash wages to the IRS.

13. MICHALAKIS thereby evaded the payment of at least $515,815 in employment taxes to the IRS.

COUNTS ONE THROUGH SIX
Failure to Collect and Pay Over Taxes
(26 U.S.C. § 7202)

The United States Attorney charges:

14. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 13 of this Information.

15. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

MARIOS MICHALAKIS,

a person required to collect, account for, and pay over any tax, willfully failed to collect, account for, and pay over to the Internal Revenue Service the federal income taxes required to be withheld and the Federal Insurance Contributions Act taxes, collectively the employment taxes, due and owing to the United States on behalf of the Restaurants, A&M and H&M, and the Restaurants' employees, as described in the table below:

| **Count** | **Restaurant** | **Filing Due Date** | **Tax Return** | **Approximate Employee Cash Wages Not Reported** | **Approximate Employment Tax Not Paid** |
|---|---|---|---|---|---|
| 1 | A&M | 01/31/2020 | Form 941 – Q4 2019 | $44,310 | $16,528 |
| 2 | H&M | 01/31/2020 | Form 941 – Q4 2019 | $19,073 | $7,114 |
| 3 | A&M | 10/31/2021 | Form 941 – Q3 2021 | $27,039 | $10,085 |
| 4 | H&M | 01/31/2022 | Form 941 – Q4 2021 | $52,840 | $19,709 |
| 5 | A&M | 01/31/2023 | Form 941 – Q4 2022 | $34,376 | $12,822 |
| 6 | H&M | 01/31/2023 | Form 941 – Q4 2022 | $76,556 | $28,555 |

All in violation of Title 26, United States Code, Section 7202.

LEAH B. FOLEY
United States Attorney

By: */s/Victor A. Wild*
VICTOR A. WILD
Assistant United States Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9-200
Boston, Massachusetts 02210